

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2015

No. 04-14-00151-CV

Tanita F. **KEHOE**, Scott Kehoe, and Thomas David White, Jr.,
Appellant

v.

Edward A. **CLOUSE** and Helen R. Clouse,
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 10-627-CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

The panel has considered the Appellant's Motion for Rehearing, and the Motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court